**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **DATA CARRIERS LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MARATHON PETROLEUM CORPORATION,**<br><br>**Defendant.** | **CIVIL ACTION NO. 2:15-cv-112**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF WETRO LAN, LLC'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff Data Carriers LLC ("DC") files its Answer to Defendant Marathon Petroleum Corporation ("Marathon") Counterclaims (Dkt. No. 14) filed April 27, 2015, as follows. Plaintiff's specific responses to the numbered allegations are set forth below.

**COUNTERCLAIMS**

**PARTIES**

1. Admitted.
2. Admitted.

**JURISDICTION**

3. Plaintiff admits that this Court has subject matter jurisdiction over its claims of patent infringement against Defendant regarding Defendant's infringement of U.S. Patent No. 5,388,198. Except as so admitted, the remaining allegations in paragraph 3 are denied.
4. Plaintiff admits that venue is proper in this district for the adjudication of its claims against Defendant. Except as so admitted, the remaining allegations in Paragraph 4 are denied.

**COUNT I**

## DECLARATION REGARDING NON-INFRINGEMENT

5. Plaintiff admits that there is an actual controversy between Plaintiff and Defendant regarding Plaintiff's claims of patent infringement against Defendant for Defendant's infringement of U.S. Patent No. 5,388,198 ("'198 Patent"). Except as so admitted the remaining allegations in paragraph 5 are denied.
6. Plaintiff admits that Defendant seeks a declaration that is does not infringe, but denies that Defendant is entitled to any such relief. Except as so admitted the remaining allegations in paragraph 6 are denied.

## COUNT II

## DECLARATION REGARDING INVALIDITY

7. Plaintiff admits that there is an actual controversy between Plaintiff and Defendant regarding Plaintiff's claims of patent infringement against Defendant for Defendant's infringement of U.S. Patent No. 5,388,198 ("'198 Patent"). Except as so admitted the remaining allegations in paragraph 7 are denied.
8. Plaintiff admits that Defendant seeks a declaration of invalidity, but denies that Defendant is entitled to any such relief. Except as so admitted the remaining allegations in paragraph 8 are denied.

## PRAYER FOR RELIEF

Defendant's Prayer for Relief is an averment to which no responsive pleading is required pursuant to Fed. R. Civ. P. 8(d) and is therefore denied.

## DEMAND FOR JURY TRIAL

Defendant's Demand for Jury Trial is an averment to which no responsive pleading is required pursuant to Fed. R. Civ. P. 8(d) and is therefore denied.

Dated: May 15, 2015

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
Brandon LaPray
Texas Bar No.: 24087888
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone: (469) 587-9776
Facsimile: (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEYS FOR PLAINTIFF DATA CARRIERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

/s/ *Austin Hansley*
Austin Hansley